IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EARL THOMAS "DUTCH" SIMPSON,<br><br>Defendant. | CR 20-56-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the suppression hearing currently scheduled for Thursday, September 30, 2021 at 1:00 p.m., is **VACATED** and reset to commence on **Wednesday, October 13, 2021 at 1:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 30th day of September, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1