IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EARL THOMAS "DUTCH" SIMPSON,<br><br>Defendant. | CR 20-56-BLG-SPW<br><br>ORDER |

Pending before the Court is the unopposed motion of the United States of America under Fed. R. Crim. P. 48(a) for an order dismissing the indictment without prejudice.   For good cause shown,

IT IS ORDERED that the motion is **GRANTED**.   The indictment is **DISMISSED WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that all deadlines in this case are **VACATED.**

DATED this 23rd day of December 2021.

SUSAN P. WATTERS
U.S. District Judge

1